IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVESTER BUSH | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 1:13-cv-01706-CRC |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| TRANS UNION, LLC, | ) |
| AARGON AGENCY, INC. | ) |
| | ) |
| Defendants | ) |

**STIPULATION OF DISMISSAL**

The parties herein, by and through counsel, stipulate that the above entitled matter be entered as settled and dismissed, with prejudice.  Each party will be responsible for paying its own costs, expenses and attorney fees.

KELLY & CRANDALL, PLC                    THE LAW OFFICES OF RONALD
                                         S. CANTER, LLC

/s/ Kristi C. Kelly                      /s/ Ronald S. Canter
Kristi C. Kelly, Esquire                 Ronald S. Canter, Esquire
4084 University Drive, Suite 202A        Bar No. 321257
Fairfax, Virginia 22030                  200A Monroe Street, Suite 104
E-Mail:  kkelly@kellyandcrandall.com     Rockville, Maryland 20850
*Attorney for Plaintiff*                 Telephone:  (301) 424-7490
                                         Facsimile:   (301) 424-7470
                                         E-Mail:  rcanter@roncanterllc.com
                                         *Attorney for Defendant Aargon Agency, Inc.*

1